JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DARRYL HENRY GREEN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | )<br>)   Case No.: 2:21-cv-02959-DSF-PVC<br>)<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.[1]

DATED: February 17, 2022

_/s/ Pedro V. Castillo_
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] In *Bastidas v. Chappell*, 791 F.3d 1155 (9th Cir. 2015), the Ninth Circuit held that the magistrate judge had the authority to grant Petitioner's request to dismiss two unexhausted claims in his habeas petition without the approval of a district judge, as the magistrate judge's order was simply "doing what [the] habeas petitioner has asked." *Id*. at 1165. While *Bastidas* is not entirely on point, the stipulation for remand and entry of judgment here is jointly made by the parties, without any compulsion from the magistrate judge. Because there appears to be no danger of undue prejudice to any party, the Court grants the request.

-1-