# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL HENRY GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 21-2959 DSF (PVC)<br><br>**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Before the Court is the parties' Stipulation for the Award and Payment of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920. Based on the pleadings as well as the position of Defendant Commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA fees to his counsel,

IT IS HEREBY ORDERED that attorney's fees and expenses in the amount of Seven Thousand Five Hundred Ninety-Nine Dollars and Fifty-Eight Cents ($7,599.58) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Two Dollars ($402.00) under 28 U.S.C. § 1920 are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group.

IT IS SO ORDERED.

DATED: May 12, 2022

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE